## SILVER & KELMACHTER, LLP
ATTORNEYS AT LAW
11 PARK PLACE
SUITE 1503
NEW YORK NY 10007

Leslie D. Kelmachter
Perry Silver

Aaron Halpern

Frances L. Garfinkel
Sara C. Ruff
Tracy Solomon

(212) 661 – 8400
F (212) 661- 1242

Ariella Colman
Managing Attorney

February 7, 2025

**VIA ELECTRONIC FILING/PACER.GOV**
Magistrate Judge Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 504N
Brooklyn, New York 11201

Re: Miguel Morel, as Administrator of the Estate of Maria
    Morel v. United States of America, et al.
    Civil Action No: 18-CV-5547

Dear Magistrate Henry:

This firm represents the plaintiff/decedent's estate in the above-referenced matter. Since the last Status Conference on December 19, 2024 we have commenced depositions in the related New York State Supreme Court case with the deposition of Daniel Morel. That deposition was commenced on January 27, 2025 however, it was not completed due to multiple factors including a conflicting appointment for one of the defense counsel requiring that we stop the deposition at 4:00 p.m.

We have scheduled the continuation of the deposition on March 24, 2025. Unfortunately, this was the earliest date that was available to all parties.

Given that we have our next Conference scheduled for April 2, 2025, would you prefer that I provide my next status report verbally at the Conference, or shall I provide another written report after the continued deposition.

Should this Court require any further information, please do not hestitate to contact me.

Respectfully submitted,

Frances L. Garfinkel (FG1938)

Cc: Rachael Balaban, Esq.
    AUSA