**SILVER & KELMACHTER, LLP**
ATTORNEYS AT LAW
11 PARK PLACE
SUITE 1503
NEW YORK NY 10007

Leslie D. Kelmachter
Perry Silver

Aaron Halpern

Frances L. Garfinkel
Sara C. Ruff
Tracy Solomon

(212) 661 – 8400
F (212) 661- 1242

Ariella Colman
Managing Partner

August 22, 2025

**VIA ELECTRONIC FILING/PACER.GOV**
Magistrate Judge Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 504N
Brooklyn, New York 11201

Re: Miguel Morel, as Administrator of the Estate of Maria
Morel v. United States of America, et al.
Civil Action No: 18-CV-5547

Dear Magistrate Henry:

This firm represents the plaintiff/decedent's estate in the above-referenced matter. I have copied defense counsel on this correspondence.

In accordance with the prior conference and additional communications with Ms. Balaban, she forwarded a Stipulation of Voluntary Discontinuance Without Prejudice. As of my last report to you dated July 17, 2025, I informed you and Ms. Balaban that this firm had filed a petition in Surrogate's Court, Kings County to revoke the Limited Letters of Administration granted to Miguel Morel and to issue Limited Letters of Administration to his brother Daniel Morel.

At the time of that status report, the Petition was under review. On August 13, 2025, a citation was issued to Miguel Morel regarding a hearing on October 21, 2025 so that he could show cause why the Petition should not be granted. (A copy is attached hereto).

I believe that I am in a tenuous position at present. Miguel Morel is not in communication with my office, but Daniel Morel is not yet the Administrator of their mother's estate. Miguel Morel has the opportunity to challenge the petition, however the date for that challenge is approximately 2 months away. It is not our intention to drag this matter out unnecessarily in Federal Court. At present, however, there is an actual date on which Daniel Morel will likely become the Administrator of his mother's estate. Accordingly, I feel compelled to request that we reconvene on a date as soon as is practicable after October 21, 2025.

Should Your Honor have any questions or require further information, please do not hesitate to contact me.

Respectfully submitted,

Frances L. Garfinkel (FG1938)
Cc: Rachael Balaban, Esq., AUSA

SURROGATE'S COURT – KINGS COUNTY

# CITATION

THE PEOPLE OF THE STATE OF NEW YORK

TO  **MIGUEL MOREL**

A petition having been duly filed by **DANIEL MOREL**
who is domiciled at:

**2273 West 7th Street, Apt. 2F, BROOKLYN, NY 11223**

YOU ARE HERE BY CITED TO VIRTUALLY SHOW CAUSE before the Surrogate's Court, Kings County, at 2 Johnson Street, Brooklyn, New York, 11201, on _October 21_, 20_25_ at _10_ o'clock in the _fore_ noon of that day, why a decree should not be made in the estate of **MARIA E. MOREL**, lately domiciled at, **2328 West 8th Street, Apt. 5D, BROOKLYN, NY 11223**
to:

**DANIEL MOREL**

**NOTICE:**
On the return date of the citation in-person appearances are encouraged; As an accommodation virtual appearances on the return date will also occur by video conference utilizing the following **Microsoft Teams Application Link** which can be found at the court's website: **aka.nycourts.gov/kings-surrogates** on the navigation menu, click on the **Calendar** tab, then select **KINGSURRCALENDAR** or by dialing **347-378-4143** or **833-262-7886** and entering conference I.D. **202545209#**.

Dated, Attested, and Sealed,
_August 13_, 20 _25_

Hon. Rosemarie Montalbano
HON. _____, Surrogate

Lisa Mathis, Chief Clerk

---

**PERRY D. SILVER**
Attorney for Petitioner

**11 PARK PLACE, SUITE 1503, NEW YORK, NY 10007**
Attorney for Petitioner's Address

**212-661-8400**
Attorney for Petitioner's Phone Number

**psilver@silverkelmachter.com**
Attorney for Petitioner's Email

NOTE: This citation is served upon you as required by law. You are not required to appear or respond. However, if you fail to respond to this citation in writing by mail, electronic mail, or electronic filing, it will be assumed you do not object to the relief requested. You have a right to have an attorney-at-law appear or respond for you.

January 2022