# SILVER & KELMACHTER, LLP

ATTORNEYS AT LAW
11 PARK PLACE
SUITE 1503
NEW YORK NY 10007

Leslie D. Kelmachter
Perry Silver

Aaron Halpern

Frances L. Garfinkel
Sara C. Ruff
Tracy Solomon

(212) 661 – 8400
F (212) 661- 1242

Ariella Colman
Managing Partner

November 17, 2025

**VIA ELECTRONIC FILING/PACER.GOV**
Magistrate Judge Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 504N
Brooklyn, New York 11201

Re: Miguel Morel, as Administrator of the Estate of Maria
Morel v. United States of America, et al.
Civil Action No: 18-CV-5547

Dear Magistrate Henry:

This firm represents the plaintiff/decedent's estate in the above-referenced matter. I have copied defense counsel on this correspondence. Please allow this correspondence to update you on the status of this matter.

Further to my last report, I advised that a citation was issued to Miguel Morel regarding a hearing on October 21, 2025 so that he could show cause why the Petition to Revoke Limited Letters of Administration previously granted to him should not be granted. On October 21, 2025, I appeared in Surrogate's Court, Kings County for that Citation Hearing, however, it had to be adjourned due to an inadvertent clerical error. Specifically, no Affidavit of Service was filed pertaining to the Citation. In addition, Miguel Morel did not appear to challenge the Petition on that date.

Accordingly, Surrogate Montalbano directed me to file a Supplemental Citation, which I did. That Supplemental Citation was signed by the Surrogate and served on Miguel Morel by this office on November 3, 2025. The Affidavit of Service of the Supplemental Citation was filed today. The Supplemental Citation Hearing date is now December 9, 2025.

I respectfully propose that I be permitted to submit a report within a week of the December 9, 2025 appearance regarding the disposition of that hearing. Assuming that the Petition is granted, I will have to make a motion substituting Daniel Morel as Administrator of the Estate of Maria Morel and to amend the caption in the New York State Supreme Court Case, unless defense counsel in that matter agree to stipulate to same.

Should Your Honor have any questions or require further information, please do not hesitate to contact me.

Respectfully submitted,

*[signature]*

Frances L. Garfinkel (FG1938)
Cc: Rachael Balaban, Esq., AUSA