# SILVER & KELMACHTER, LLP
ATTORNEYS AT LAW
11 PARK PLACE
SUITE 1503
NEW YORK NY 10007

**Leslie D. Kelmachter**
Perry Silver

**Aaron Halpern**

**Frances L. Garfinkel**
Sara C. Ruff
Tracy Solomon

(212) 661 – 8400
F (212) 661- 1242

Ariella Colman
Managing Partner

December 16, 2025

**VIA ELECTRONIC FILING/PACER.GOV**
Magistrate Judge Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 504N
Brooklyn, New York 11201

Re: Miguel Morel, as Administrator of the Estate of Maria
Morel v. United States of America, et al.
Civil Action No: 18-CV-5547

Dear Magistrate Henry:

This firm represents the plaintiff/decedent's estate in the above-referenced matter. I have copied defense counsel on this correspondence. Please allow this correspondence to update you on the status of this matter.

As you may recall from my last report, the October 21, 2025 Citation Hearing was adjourned to December 9, 2025 due to an inadvertent clerical error. Further to the directives of Surrogate Montalbano on October 21, 2025, we served a Supplemental Citation on Miguel Morel (which had been signed by the Surrogate on November 3, 2025) and properly filed an Affidavit of Service for that Supplemental Citation on November 17, 2025.

On December 8, 2025, despite the fact that the Surrogate signed the Supplemental Citation in the form submitted by this office, we received a Court Notice from the Clerk of the Surrogate's Court instructing us to change the language in the Supplemental Citation and resubmit it. Accordingly, the Citation Hearing was once again adjourned, this time to February 3, 2026.

I respectfully propose that I be permitted to submit a report by February 6, 2026 regarding the disposition of that hearing. Please accept my apologies for these repeated delays.

Should Your Honor have any questions or require further information, please do not hesitate to contact me.

Respectfully submitted,

Frances L. Garfinkel (FG1938)
Cc: Rachael Balaban, Esq., AUSA